THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOLLY GIBBS, WILLIAM W. HAMILTON, LINDA K. JANSEN and THOMAS W. JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, and COUNTY OF PIERCE,<br>Defendants. | NO. C09-5310-RBL<br><br>STIPULATION AND ORDER TO DISMISS PLAINTIFF GIBBS' CLAIMS REGARDING LOSS OF INCOME, WAGE LOSS AND LOSS OF EARNING CAPACITY |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the Plaintiff, Molly Gibbs, and the Defendants City of Tacoma and Pierce County, through their undersigned counsel of record, to dismiss any and all claims for loss of income, wage loss, or impairment of earning capacity, against both Defendants City of Tacoma and Pierce County.

During Plaintiff Gibb's deposition, when asked if she was making a claim for last wages, she indicated that she was not, which was subsequently confirmed by counsel for plaintiff.

The parties respectively request that the Court grant the Order to Dismiss Plaintiff Gibb's claims for loss of income, wage loss, and impairment of earning capacity.

Dated this 27th day of April, 2010.

| THE EVERGREEN LAW GROUP | ELIZABETH A. PAULI, City Attorney |
|---|---|
| By: /s Christopher Taylor<br>CHRISTOPHER TAYLOR<br>WSBA #38413<br>Attorney for Plaintiffs | By: s/ Jean Homan<br>JEAN P. HOMAN<br>Deputy City Attorney<br>WSBA #27084<br>Attorney for City of Tacoma |

MARK LINDQUIST,
Prosecuting Attorney

By: s/ Donna Masumoto
   DONNA MASUMOTO
   Deputy Prosecutor
   WSBA # 19700
   Attorney for Pierce County

/   /

/

## **ORDER**

Pursuant to the foregoing stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff Molly Gibbs' claims alleging a loss of income, wage loss, and impairment of earning capacity shall be dismissed; in their entirety and with prejudice.

DONE this 30th day of April, 2010.

                                      _____
                                      RONALD B. LEIGHTON
                                      UNITED STATES DISTRICT JUDGE

Presented by:

ELIZABETH A. PAULI,
City Attorney

By:   s/ Jean Homan
        JEAN P. HOMAN
        Deputy City Attorney
        WSBA #27084
        Attorney for City of Tacoma

Approved as to form:

| THE EVERGREEN LAW GROUP | MARK LINDQUIST, |
| --- | --- |
| | Prosecuting Attorney |
| By:  /s Christopher Taylor | By:  s/ Donna Masumoto |
|       CHRISTOPHER TAYLOR |       DONNA MASUMOTO |
|       WSBA #38413 |       Deputy Prosecutor |
|       Attorney for Plaintiffs |       WSBA # 19700 |
| |       Attorney for Pierce County |