THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOLLY GIBBS, WILLIAM W. HAMILTON, LINDA K. JANSEN and THOMAS W. JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, and COUNTY OF PIERCE,<br>Defendants. | NO. C09-5310-RBL<br><br>STIPULATION AND ORDER TO DISMISS ALL PLAINTIFFS' SIXTH AMENDMENT CLAIMS REGARDING RIGHT TO BE INFORMED OF THE NATURE AND CAUSE OF THE ACCUSATION |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the Plaintiffs, Molly Gibbs, William W. Hamilton, Linda K. Jansen, and Thomas W. Johnson, and the Defendants City of Tacoma and Pierce County, through their undersigned counsel of record, to dismiss Sixth Amendment claims against both Defendants City of Tacoma and Pierce County for all Plaintiffs pertaining to alleged violations of their right to be informed of the nature and cause of the accusations against them.

In response to Defendant City of Tacoma's First Discovery Request, Plaintiffs Gibbs, Hamilton, Johnson and Jansen responded that they are withdrawing the allegation that their right to be informed of the nature and cause of the accusation under the Sixth Amendment. Plaintiff Johnson's response to this specific Discovery Request has not yet been received.

Based upon the representations made by Plaintiffs in response to Defendant City of Tacoma's First Discovery Request, the parties respectively request that the Court grant the Order to Dismiss All Plaintiffs' Sixth Amendment Claims Regarding The Right to be Informed of the Nature and Cause of the Accusation.

Dated this 27th day of April, 2010.

| THE EVERGREEN LAW GROUP | ELIZABETH A. PAULI, City Attorney |
|---|---|
| By: /s Christopher Taylor<br>CHRISTOPHER TAYLOR<br>WSBA #38413<br>Attorney for Plaintiffs | By: s/ Jean Homan<br>JEAN P. HOMAN<br>Deputy City Attorney<br>WSBA #27084<br>Attorney for City of Tacoma |

MARK LINDQUIST,
Prosecuting Attorney

By: s/ Donna Masumoto
    DONNA MASUMOTO
    Deputy Prosecutor
    WSBA # 19700
    Attorney for Pierce County

## **ORDER**

Pursuant to the foregoing stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all Plaintiffs claims alleging a violation of their Sixth Amendment right to be informed of the nature and cause of the accusation against them shall be dismissed; in their entirety and with prejudice.

DONE this 30th day of April, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

ELIZABETH A. PAULI,
City Attorney

By:   s/ Jean Homan
      JEAN P. HOMAN
      Deputy City Attorney
      WSBA #27084
      Attorney for City of Tacoma

Approved as to form:

| THE EVERGREEN LAW GROUP | MARK LINDQUIST, Prosecuting Attorney |
|---|---|
| By:   /s Christopher Taylor<br>      CHRISTOPHER TAYLOR<br>      WSBA #38413<br>      Attorney for Plaintiffs | By:   s/ Donna Masumoto<br>      DONNA MASUMOTO<br>      Deputy Prosecutor<br>      WSBA # 19700<br>      Attorney for Pierce County |