UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOLLY GIBBS, WILLIAM HAMILTON, LINDA JANSEN, and THOMAS JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TACOMA and PIERCE COUNTY,<br><br>Defendants. | Case No. C09-5310 RBL<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFFS, and on behalf of the DEFENDANTS in the amount of $1,788.02 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. Attorney's Docket Fees - 28 U.S.C. § 1923. | $20.00 | -0- | $20.00 |

The attorney docket fee under 28 U.S.C. § 1923 is allowed.

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| II. Deposition Costs | $1,768.02 | -0- | $1,768.02 |

The deposition costs of Thomas Johnson, Molly Gibbs, Linda Jansen and William Hamilton are allowed.

TAXATION OF COSTS -- 1

1 The clerk has no discretion but to allow costs to the prevailing party.  The relative financial positions of
2 the parties cannot be taken into consideration by the clerk.

5        Dated this _____12th_____ day of October, 2010.

8                                      William M. McCool, Clerk
                                     U. S. District Court

10                               By:_____S/ Joseph Whiteley_____
                                       Joseph Whiteley, Deputy in Charge

26 TAXATION OF COSTS -- 2